**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JOHN HARDNEY, | No. 09-17464 |
| Plaintiff - Appellant, | D.C. No. 2:04-cv-00476-JAM-KJM |
| v. | |
| ANTHONY LAMARQUE, Warden; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted September 22, 2010[**]

Before:    WALLACE, HAWKINS, and THOMAS, Circuit Judges.

The district court properly granted summary judgment because the

uncontroverted evidence shows that defendants' alleged acts or omissions did not

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cause Hardney's untimely filing of a habeas petition. *See Vandelft v. Moses*, 31 F.3d 794, 797-98 (9th Cir. 1994) (prisoner alleging inadequate access to courts must show how inadequate access caused actual injury); *see also Glenn K. Jackson Inc. v. Roe*, 273 F.3d 1192, 1202 (9th Cir. 2001) ("[A] district court may grant summary judgment on any legal ground the record supports.") (citation and internal quotation marks omitted).

Hardney's remaining contentions are unpersuasive.

**AFFIRMED.**